## Emil Denemark and Jennie Denemark, Appellants, v. Arlington Park Jockey-Club, Inc., Appellee.

Gen. No. 42,732.

KILEY, J., dissenting.

Heard in the third division, first district, this court at the June term, 1943; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. Charles J. Michal and Charles C. & Richard M. Spencer, for appellants; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Herbert M. Lautmann, Ben I. Greenebaum, Jr., and Isaac E. Ferguson, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.